### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:  11cv1157

Assigned/Issued  By:  MGH

Judge Name:  KENDALL

Designated Magistrate Judge:  SCHENKIER

---

## FEE INFORMATION

***Amount Due:***

☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

☐ Citation to Discover Assets              *(Victim, Against and $ Amount)*

☐ Writ _____             ☐ Other
    *(Type of Writ)*                       _____
                                           *(Type of issuance)*

2   Original and 2 _____ copies on 2/22/11 _____ as to  all Defendants.
                                   *(Date)*

_____

_____