IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANIAK PINE & GANNON, LLC, an Illinois limited liability company, VALAUSKAS & PINE LLC, an Illinois limited liability company, and McDONNELL BOEHNEN HULBERT & BERGHOFF LLP, an Illinois limited liability partnership, <br><br> Plaintiffs, <br><br> v. <br><br> NEOMEDIA TECHNOLOGIES, INC., a Delaware Corporation, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11 CV 1157 <br><br> Judge Kendall <br> Magistrate Judge Schenkier |

**STIPULATION AND ORDER**

Plaintiffs Baniak Pine & Gannon, LLC ("BPG"), Valauskas & Pine LLC ("VP") and McDonnell Boehnen Hulbert & Berghoff LLP ("MBHB") (collectively, "Plaintiffs"), and NeoMedia Technologies, Inc. ("NeoMedia" or "Defendant"), by their respective undersigned counsel, having settled this matter, hereby stipulate and agree as follows, and the Court enters this Order thereon:

1.     Plaintiffs and Defendant NeoMedia have, pursuant to a written Settlement Agreement and Mutual General Release dated **October 18, 2011** (and which contains a confidentiality provision; the "Agreement"), settled all claims, counterclaims, defenses and set-offs that were asserted or could have been asserted in this action, and hereby stipulate and agree that this case be and is dismissed with prejudice and without costs, each side to bear its own costs, expenses and attorneys' fees, the Court to retain jurisdiction to enforce the terms of the Agreement (including but not limited to Plaintiffs' right to seek entry of the parties' conditional Consent Judgment upon Incurable Default by Defendant NeoMedia, specifically referenced below), which are incorporated herein by reference.

2. To secure payment to Plaintiffs of certain monies owed by Defendant NeoMedia under the Agreement (which payments to Plaintiffs are to be completed pursuant to the Agreement by **October 15, 2012**), the parties have executed a conditional Consent Judgment which will be held by counsel for Plaintiffs, and presented to the Court for entry only upon an occurrence of Incurable Default by Defendant NeoMedia as defined by the Agreement. (A COPY OF THE PARTIES' CONDITIONAL CONSENT JUDGMENT IS ATTACHED HERETO FOR REFERENCE PURPOSES ONLY AS **EXHIBIT A**, AND SHOULD NOT BE ENTERED BY THE COURT AT THIS TIME.)

3. The Court shall retain jurisdiction over the parties during the pendency of the application of this Stipulation and Order.

4. This case shall be administratively closed, with the Court retaining complete jurisdiction to reopen this case and enforce the terms of this Stipulation and Order, and the parties' Agreement, upon application by any of the parties hereto on or before **November 15, 2012.**

**Dated: October 18, 2011.**

**IT IS SO STIPULATED:**

For Plaintiffs:

/s/ *William B. Kohn*
Their Attorney
William B. Kohn
Law Offices of William B. Kohn
150 North Wacker Drive, Suite 1400
Chicago, Illinois 60606
312/553-1200
ARDC No. 6196142
kohn@wbkohnlaw.com

For Defendant NeoMedia:

/s/ *Jonathan Morton*
Its Attorney
Jonathan Morton (admitted *pro hac vice*)
April Boyer (admitted *pro hac vice*)
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33139
305/539-3300
jonathan.morton@klgates.com
april.boyer@klgates.com

and

Michael R. Osterhoff
**K&L GATES LLP**
70 W. Madison St., Ste. 3100
Chicago, IL 60602-4207
(312) 807-4205 telephone
(312) 827-8190 facsimile
michael.osterhoff@klgates.com

**IT IS SO ORDERED this \_\_\_\_ day of October, 2011.**

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANIAK PINE & GANNON, LLC, an Illinois limited liability company, VALAUSKAS & PINE LLC, an Illinois limited liability company, and McDONNELL BOEHNEN HULBERT & BERGHOFF LLP, an Illinois limited liability partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>NEOMEDIA TECHNOLOGIES, INC., a Delaware corporation, et al.,<br><br>        Defendants. | No. 11 CV 1157<br><br>Judge Kendall<br>Magistrate Judge Schenkier |

## **CONSENT JUDGMENT**

This matter is before the Court upon Notice and Motion filed by Plaintiffs notifying the Court that Defendant NeoMedia Technologies, Inc. ("NeoMedia"), has failed to make payment(s) to Plaintiffs in accord with the parties' Settlement Agreement and Mutual General Release ("Agreement"), and the parties' related Stipulation filed in this case and the Order entered thereon by the Court. Pursuant to the terms of parties' Stipulation and the Order entered thereon by the Court, the Court is to enter this Consent Judgment upon a failure by NeoMedia to make required settlement payment(s) to Plaintiffs, resulting in an occurrence of Incurable Default under the Agreement.

Based upon the filing of Plaintiffs' Notice and Motion advising the Court that required settlement payment(s) has/have not been made to Plaintiffs by NeoMedia, it is by the United States District Court for the Northern District of Illinois,

## **EXHIBIT A**

**(FOR REFERENCE PURPOSES ONLY -- NOT TO BE ENTERED AT THIS TIME)**

**ORDERED,** that Plaintiffs' Motion for Entry of Consent Judgment is GRANTED; and it is further,

**ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiffs Baniak Pine & Gannon, LLC, Valauskas & Pine LLC, and McDonnell Boehnen Hulbert & Berghoff LLP, and against Defendant NeoMedia Technologies, Inc., in the amount of $437,000.00, less all payments made to Plaintiffs as set forth by either Plaintiff or by NeoMedia and supported by Affidavit or other proof, plus post-judgment interest at the statutory rate, and Plaintiffs' costs, reasonable attorneys' fees, and all other expenses and fees incurred by Plaintiffs in enforcing the Agreement as awarded by the Court upon application by Plaintiffs.

Dated: _____  _____
United States District Judge

2