# United States District Court
# Northern District of Illinois

In the Matter of

Baniak Pine & Gammon et al

v.

Neomedia Technologies, et al

Presiding Magistrate Judge Sidney I. Schenki

Case No. 11-CV-01157

## TRANSFER OF CASE
## FOR A REASSIGNMENT TO MAGISTRATE JUDGE

   The above captioned case is currently pending on my calendar. IT IS HEREBY ORDERED that this case be reassigned to the calendar of Magistrate Judge Sidney I. Schenkier pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated below.

_____
**Judge Virginia M. Kendall**

Date: Wednesday, October 26, 2011

---

**Parties have consented to have the designated magistrate judge conduct:**

- Any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(B).

**The content of the consent is specified in the following manner:**

- Filed on the docket of this case.

- Additional information:

   Document [41].