# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1157 | **DATE** | 10/28/2011 |
| **CASE TITLE** | Baniak Pine & Gannon, LLC et al vs. Neomedia Technologies, Inc. Et al | | |

**DOCKET ENTRY TEXT**

The case has been reassigned to this Court on consent (doc. # 42). Pursuant to the parties' stipulation (doc. # 40), the case is dismissed without prejudice and without costs, and with leave to seek reinstatement by 11/15/12 solely for the purpose of enforcing the settlement agreement. If the case has not been reinstated by that date and there is no motion seeking leave to reinstate then pending, as of 11/16/12 the dismissal shall be with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|